1   JOSHUA E. KIRSCH (179110)
    KONSTANTIN SAVRANSKY (267707)
2   GIBSON ROBB & LINDH LLP
    201 Mission Street, Suite 2700
3   San Francisco, California  94105
    Telephone:  (415) 348-6000
4   Facsimile:   (415) 348-6001
    Email:       jkirsch@gibsonrobb.com
5              ksavransky@gibsonrobb.com

JS - 6

6   Attorneys for Plaintiff
    GREAT AMERICAN INSURANCE
7   COMPANY OF NEW YORK

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>         Plaintiff,<br><br>         v.<br><br>MAERSK INC., a corporation,<br><br>         Defendant. | Case No.  CV12-03772 RSWL (JCG)<br><br>**ORDER OF DISMISSAL** |

20       Pursuant to the Stipulation of Dismissal filed by the Parties, this matter is

21   hereby dismissed with prejudice.

23       IT IS SO ORDERED.

25   Dated: 2-26-2013           RONALD S.W. LEW

26                       Hon. Ronald S.W. Lew
                       SENIOR, U.S.  DISTRICT  COURT JUDGE